■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL TAYLOR, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Rosato, J.), rendered March 14, 1990, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed (see, People v Seaberg, 74 NY2d 1). Thompson, J. P., Kunzeman, Eiber, Rosenblatt and Ritter, JJ., concur.